IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID HURL LEMMON
    Petitioner,

V.                                          Case No. 2:16-cr-20008-PKH-MEF-1

UNITED STATES OF AMERICA
    Respondent,
_____/

## NOTICE OF APPEAL

    Comes now, David Hurl Lemmon, Petitioner, proceeding pro'se, and hereby submits this Notice of Appeal to the Eighth Circuit on the amended final decision affirming the denial of his 2255 petition.

Dated: 10/4/2022                                                        Respectfully submitted,

                                                                                  *David Lemmon*
                                                                                  David Hurl Lemmon

CERTIFICATE OF SERVICE

    I, David Hurl Lemmon, hereby certify under the penalty of perjury that a copy of the foregoing motion was this 4th day of October 2022, placed in the prison legal mail system with first class postage affixed, addressed to the following party:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Dated: 10/4/2022                                            Respectfully submitted,

*David Lemmon*
David Hurl Lemmon 14236-010
USP MCCREARY
P.O. BOX 3000
PINE KNOT, KY  42635

David Hurl Lemmon 14236-010
USP MCCREARY
P.O. BOX 3000
PINE KNOT, KY 42635

ATLANTA METRO 301 

U.S. District Court For the Western District
of Arkansas - Fort Smith Division
30 South 6th St Room 1038
Fort Smith, Arkansas 72901

7290132437